*Court of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*



## MEMORANDUM OPINION

No. 04-11-00385-CV

In the Interest of **D.J.C.**, a Child

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2003-CI-14002
Honorable John D. Gabriel, Jr., Judge Presiding

PER CURIAM

Sitting:      Karen Angelini, Justice
              Sandee Bryan Marion, Justice
              Phylis J. Speedlin, Justice

Delivered and Filed: July 13, 2011

DISMISSED

On June 16, 2011, the trial court clerk filed a notification of late record, stating that the appellant has failed to pay or make arrangements to pay the fee for preparing the clerk's record. We, therefore, ordered appellant to provide written proof to this court by June 27, 2011, that either (1) the clerk's fee had been paid or arrangements had been made to pay the clerk's fee; or (2) appellant was entitled to appeal without paying the clerk's fee. We warned that if appellant failed to respond within the time provided, this appeal would be dismissed. *See* TEX. R. APP. P. 37.3(b) (allowing dismissal of appeal if clerk's record is not filed due to appellant's fault); *see also* TEX. R. APP. P. 42.3(c) (allowing dismissal of appeal if appellant fails to comply with an order of this court). Appellant failed to respond. Therefore, we dismiss this appeal. *See* TEX. R.

APP. P. 37.3(b); *see also* TEX. R. APP. P. 42.3(c). Appellant's motion for extension of time to file notice of appeal is denied as moot.

PER CURIAM